## STATEMENT OF FACTS

On or about September 16, 2013, Detective Dave McCarthy, Maryland State Police, conducted a canine scan of three packages destined for Washington, D.C.  The canine alerted on all of the packages.  U.S. Postal Inspectors from Washington, D.C., obtained search warrants for the three packages.  One of the packages was addressed to R. Harris at XXXX XXXX XXXXX, XX, Apartment XXXX, Washington, D.C. (hereinafter "the package").  Members of law enforcement searched the package addressed to R. Harris at XXXX XXXX XXXXX, XX, Apartment XXXX, Washington, D.C., and recovered approximately two kilograms of cocaine.  A field test conducted on a portion of the white powder substance contained in that package was positive for cocaine.

Later that same day, at approximately 5:30 p.m., members of law enforcement conducted an undercover control delivery of the package to XXXX XXXX XXXXX, XX, Apartment XXXX, Washington, DC.  An undercover agent, posing as a United States Postal letter carrier, delivered the package to XXXX XXXX XXXXXX, XX, Apartment XXXX, Washington, D.C. When the undercover agent was walking in the stairwell of XXXX XXXX XXXXXX, XX, the defendant, later identified as Monte Demond Joyner, opened the front door of apartment XXXX. The undercover agent walked past apartment XXXX and was walking toward the next stairwell. The defendant, who was watching the undercover agent, asked "is that for R. Harris?"  The undercover agent looked at the package, responded "yes," and asked the defendant whether he was R. Harris.  The defendant replied, "yes."  The undercover agent handed the package to the defendant.  The defendant signed a delivery receipt.  The defendant took the package into apartment #203 and closed the front door to that apartment.

As members of law enforcement approached building XXXX XXXX XXXXXX, XX, the defendant ran out of apartment XXXX and up the stairwell to the third floor.  Unbeknownst to the defendant, he asked another undercover officer, who was standing on the third floor landing near an apartment door, to let him in, referring to one of the apartments on the third floor.  As officers approached the defendant, the defendant began to remove cellular telephones from his pockets and dropped them on the floor.  Law enforcement recovered from the floor where the defendant was standing two cellular telephones. The defendant was arrested.  The undercover letter carrier positively identified the defendant as the person who identified himself at R. Harris, accepted the package, and signed the delivery receipt for the package.  Search incident to his arrest, law enforcement recovered approximately $730 in United States currency from his person.

Based upon my training and experience, and having worked over fifty narcotics investigation, the possession of approximately two kilograms of cocaine is more consistent with intent to distribute and not for personal use.

_____
POSTAL INSPECTOR CHRISTOS RIGAKOS
U.S. POSTAL INSPECTION SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE